Form fnldec (10/05)

## UNITED STATES BANKRUPTCY COURT
### District of Maryland
Greenbelt Division
6500 Cherrywood Lane, Ste. 300
Greenbelt, MD 20770

**Case No.:   11−19363    Chapter:   7**

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Judia Fay Herrington
*debtor has no known aliases*
4721 Quadrant Street
Capitol Heights, MD 20743

Social Security No.:   xxx−xx−5593

Employer's Tax I.D. No.:

Petition for Relief under Chapter 7 of Title 11, U.S. Code, filed by or against the above−named Debtor(s) on 5/4/11

## FINAL DECREE

The estate of the above−named debtor(s) has been fully administered.

IT IS ORDERED THAT:

Merrill Cohen is discharged as trustee of the estate of the above−named debtor; and the chapter 7 case of the above named debtor is closed.

Dated: 9/8/11

*Wendelin I. Lipp*
U.S. Bankruptcy Judge